JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-1896-VBF(FMOx)**                    Dated: **August 18, 2010**

Title:    Joseph R. Dunlap -v- BNC Mortgage, Inc., et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Joseph Remigio                                None Present
      Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER DISMISSING ACTION**

    On May 10, 2010, the Court granted with leave to amend the Motion To Dismiss Complaint of Defendants Wells Fargo Bank and Mortgage Electronic Registration Systems, Inc. (dkt. 6).  Dkts. 15, 16.

    The Court's order dismissing the Complaint required that "Plaintiff shall file an Amended Complaint within 15 days, by May 24, 2010" and stated: "Failure to timely file and serve an Amended Complaint by May 25, 2010 that complies with this Order may lead to dismissal."  Dkt. 15 (adopted by dkt. 16).

    As the date of this order, Plaintiff has not filed an Amended Complaint, in violation of this Courts orders (dkts. 15, 16). Plaintiff's failure to file an Amended Complaint follows the Plaintiff's failure participate in the Fed. R. Civ. P. 26(f) Report (dkt. 10) and Plaintiff's failure to oppose the Motion To Dismiss (dkt. 6).  Dkt. 15. In addition, Defendants filed a Motion To Dismiss Pursuant To Federal Rules Of Civil Procedure 41(b) on August 11, 2010.  Dkt. 17.

    This action is hereby DISMISSED in its entirety pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute and failure to comply with court orders.  All future dates are vacated and this matter is closed.

MINUTES FORM 90                       Initials of Deputy Clerk   ___jre___
CIVIL - GEN